UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO EL,<br><br>              Plaintiff,<br><br>       v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>              Defendants. | No. 2:20-cv-2249-TLN-KJN<br><br>**ORDER** |

Plaintiff Antonio El ("Plaintiff"), proceeding *pro se*, has filed this civil action. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 16, 2020, the magistrate judge filed findings and recommendations which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 3.) On November 30, 2020, Plaintiff filed an affidavit (ECF No. 4), which appears to be a supplement to the Complaint in light of the fact that the Findings and Recommendations served on Plaintiff were returned as undeliverable. No objections or other documents have been filed by Plaintiff.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

1

reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Although it appears from the file that Plaintiff's copy of the Findings and Recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on November 16, 2020 (ECF No. 3), are adopted in full;

2. The action is DISMISSED with prejudice; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: December 17, 2020

Troy L. Nunley
United States District Judge